# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 3:24-cr-15-DPM-1

SIR EDDIE LEE QUALLS                                        DEFENDANT

## ORDER

The defendant's unopposed oral motion is granted.   The Indictment is amended to reflect his name as Sir Eddie Lee Qualls.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_21 May 2026_